SUNNYSIDE SCHOOL DISTRICT NO. 43, et al, v. CHICAGO & NORTHWESTERN RAILWAY CORPORATION, et al.

(264 N. W. 820.)

(File No. 7845. Opinion filed February 5, 1936.)

For former opinion, see 262 N. W. 88.

*Johnson & Johnson*, of Pierre, for Plaintiffs.

*D. W. Conway*, Atty Gen., and *Churchill & Benson*, of Huron, for Defendants.

PER CURIAM. This case is before the court for rehearing. The opinion of the court was handed down on the 23d day of July, 1935, but a rehearing was granted upon the earnest solicitation of the petitioners, and we have again examined the record, as well as the authorities cited by the petitioners; but we are still of the opinion that the petitioners are not entitled to the relief prayed for, and we therefore adhere to our opinion as heretofore handed down.